**FILED**

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0026

_____

IN THE MATTER OF:

T.N.,                                                                O R D E R

      A Youth in Need of Care.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael B. Hayworth, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020